**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CALENTURE, LLC, DENNIS DONOGHUE, REVIVE INVESTING LLC, and NOSIRRAH MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PILGRIM GLOBAL ICAV and PILGRIM GLOBAL ADVISORS LLC,<br><br>Defendants,<br><br>—and—<br><br>SABLE OFFSHORE CORP.,<br><br>Nominal Defendant. | Case No. 26-26 (VM) |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

**OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs Calenture, LLC, Dennis Donoghue, Revive Investing LLC, and Nosirrah Management, LLC (collectively, "Plaintiffs") and defendants Pilgrim Global Advisors LLC and Sable Offshore Corp., by and through their counsel, hereby stipulate and agree, for the first time, to extend the time for any defendant to answer, move, or otherwise respond to Plaintiffs' Complaint while the parties explore a potential early resolution to this matter. This stipulation is based on the following:

**WHEREAS**, on January 4, 2026, Plaintiffs filed their Complaint;

**WHEREAS**, on January 10, 2026, defendant Pilgrim Global Advisors LLC ("Advisors") and nominal defendant Sable Offshore Corp. ("Sable") waived service of the Summons and Complaint;

**WHEREAS**, the deadline for Pilgrim and Sable to respond to the Complaint is currently March 11, 2026;

**WHEREAS**, the parties are exploring a potential early resolution of this matter;

**WHEREAS**, the parties expect to complete a mediation in April 2026;

**WHEREAS**, in order to facilitate these efforts to reach an early resolution, defendants, through their counsel, seek to extend the time within which defendants must respond to the Complaint;

**WHEREAS**, Plaintiffs, through their counsel, have consented to defendants' request to extend the time in which defendants must respond to the Complaint;

**WHEREAS**, no prior extensions of time have been made in this case.

**NOW, THEREFORE,** based on the foregoing recitals, the parties, by and through their undersigned counsel, stipulate and agree as follows:

It is hereby stipulated that, subject to the Court's approval, the time for defendants to answer, move, or otherwise respond to the Complaint in the above-captioned matter shall be extended to Friday, May 22, 2026.

Dated: March 9, 2026

LAW OFFICES OF DAVID LOPEZ

By: _/s/ David Lopez_
David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, NY 11969
631-287-5520
DavidLopezEsq@aol.com

*Attorneys for Plaintiffs*

COOLEY LLP

By: _/s/ Brian French_
Brian French
55 Hudson Yards
New York, NY 10001-2157
212- 479-6504
bfrench@cooley.com

*Attorneys for Defendant Pilgrim Global Advisors LLC*

DE DOHERTY LAW OFFICE, LLC

By: _/s/Daniel E. Doherty_
Daniel E. Doherty
7300 W. 110th Street, Ste. 930
Overland Park, KS 66210
913-338-7182
ded@ddoherty.net

*Attorneys for Plaintiffs*

LATHAM & WATKINS LLP

By: _/s/ Thomas J. Giblin_
Thomas J. Giblin
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
thomas.giblin@lw.com

*Attorneys for Nominal Defendant Sable Offshore Corp.*

STERLINGTON, PLLC

By: _/s/Kristine Bonthius_
Mari Kristine Bonthuis
228 Park Ave. S #97956
New York, NY 10003
212-443-2834
mari.bonthuis@sterlingtonlaw.com

*Attorneys for Plaintiffs*

LAW OFFICE OF JAMES A. HUNTER

By: _/s/James A. Hunter_
James A. Hunter
201 King of Prussia Road, Ste. 650
Radnor, PA 19087
484-275-2162
hunter@hunterkmiec.com

*Attorneys for Plaintiff*

SO ORDERED: ______________________________

Hon. Victor Marrero
United States District Judge