USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/14/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CALENTURE, LLC, DENNIS DONOGHUE, REVIVE INVESTING LLC, and NOSIRRAH MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PILGRIM GLOBAL ICAV and PILGRIM GLOBAL ADVISORS LLC,<br><br>Defendants,<br><br>—and—<br><br>SABLE OFFSHORE CORP.,<br><br>Nominal Defendant. | Case No. 1:26-cv-00026-VM |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

**OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs Calenture, LLC, Dennis Donoghue, Revive Investing LLC, and Nosirrah Management, LLC (collectively, "Plaintiffs") and defendants Pilgrim Global Advisors LLC and Sable Offshore Corp., by and through their counsel, hereby stipulate and agree to extend the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint to facilitate the parties' obligations under their forthcoming settlement agreement. This stipulation is based on the following:

**WHEREAS**, on January 4, 2026, Plaintiffs filed their Complaint;

**WHEREAS**, on January 10, 2026, defendant Pilgrim Global Advisors LLC ("Advisors") and nominal defendant Sable Offshore Corp. ("Sable") waived service of the Summons and Complaint;

**WHEREAS**, on March 9, 2026, the parties stipulated to an extension of time for defendants to answer the Complaint in the above-captioned matter in order to facilitate early resolution of this matter;

**WHEREAS**, on March 10, 2026, the Court approved of the parties' stipulation and extended to May 22, 2026 all deadlines to answer or otherwise respond to the Complaint;

**WHEREAS**, the parties have reached a settlement agreement;

**WHEREAS**, provided that all parties perform their obligations under the settlement agreement, Plaintiffs anticipate that they will voluntarily dismiss the Complaint with prejudice on or before June 11, 2026;

**NOW, THEREFORE,** based on the foregoing recitals, the parties, by and through their undersigned counsel, stipulate and agree as follows:

It is hereby stipulated that, subject to the Court's approval, the time for defendants to answer, move, or otherwise respond to the Complaint in the above-captioned matter shall be extended by 21 days to June 12, 2026.

Dated: May 13, 2026

LAW OFFICES OF DAVID LOPEZ

By: _/s/ David Lopez_____
David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, NY 11969
631-287-5520
DavidLopezEsq@aol.com

*Attorneys for Plaintiffs*


DE DOHERTY LAW OFFICE, LLC

By: _/s/ Danile E. Doherty_____
Daniel E. Doherty
7300 W. 110th Street, Ste. 930
Overland Park, KS 66210
913-338-7182
ded@ddoherty.net

*Attorneys for Plaintiffs*


STERLINGTON, PLLC

By: _/s/ Mari Kristine Bonthuis_____
Mari Kristine Bonthuis
228 Park Ave. S #97956
New York, NY 10003
212-443-2834
mari.bonthuis@sterlingtonlaw.com

*Attorneys for Plaintiffs*


LAW OFFICE OF JAMES A. HUNTER

By: _/s/ James A. Hunter_____
James A. Hunter
201 King of Prussia Road, Ste. 650
Radnor, PA 19087
484-275-2162
hunter@hunterkmiec.com

*Attorneys for Plaintiff*


COOLEY LLP

By: _/s/ Brian French_____
Brian French
55 Hudson Yards
New York, NY  10001-2157
212- 479-6504
bfrench@cooley.com

*Attorneys for Defendants Pilgrim Global ICAV
and Pilgrim Global Advisors LLC*


LATHAM & WATKINS LLP

By: _/s/ Thomas J. Giblin_____
Thomas J. Giblin
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
thomas.giblin@lw.com

*Attorneys for Nominal Defendant Sable
Offshore Corp.*

- 4 -

SO ORDERED:

Hon. Victor Marrero
United States District Judge


Dated: May 14, 2026
       New York, New York