UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALENTURE, LLC, DENNIS DONOGHUE, REVIVE INVESTING LLC, and NOSIRRAH MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>– v. –<br><br>PILGRIM GLOBAL ICAV and PILGRIM GLOBAL ADVISORS LLC,<br><br>Defendants,<br><br>– and –<br><br>SABLE OFFSHORE CORP.,<br><br>Nominal Defendant. | ECF CASE<br><br>No. 26-26 (VM) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Calenture, LLC, Dennis Donoghue, Revive Investing LLC, and Nosirrah Management, LLC hereby give notice that the case captioned above is voluntarily dismissed with prejudice effective immediately.

Issue has not been joined.

* * *

Dated: June 4, 2026

/s/ David Lopez
David Lopez, Esq.
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Phone: (631) 287-5520
Email: DavidLopezEsq@aol.com

*Counsel for Plaintiffs*

/s/ Daniel E. Doherty
Daniel E. Doherty
DE DOHERTY LAW OFFICE, LLC
7300 W. 110th Street, Suite 930
Overland Park, Kansas 66210
Phone: +1 (913) 338-7182
Email: ded@ddoherty.net

*Counsel for Plaintiffs*

/s/ Mari Kristine Bonthuis
Mari Kristine Bonthuis
STERLINGTON, PLLC
228 Park Ave S #97956
New York, New York 10003
Phone: +1 (212) 443-2834
Email: mari.bonthuis@sterlingtonlaw.com

*Counsel for Plaintiffs*

/s/ James A. Hunter
James A. Hunter
LAW OFFICE OF JAMES A. HUNTER
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Phone: +1 (484) 275-2162
Email: hunter@hunterkmiec.com

*Counsel for Plaintiffs*